IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MARK MCGAVOCK,** *et al.***,**                                                            **PLAINTIFFS**

**V.**                                              **CAUSE NO. 3:03CV214**

**CITY OF WATER VALLEY, MISSISSIPPI**                          **DEFENDANT**

**ORDER**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge Alexander dated January 3, 2007, was on that date duly served upon the named parties; that the parties were given 10 days to file any objections to the Report and Recommendation; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

1) The Report and Recommendation [59] of the United States Magistrate Judge dated January 3, 2007, is hereby approved and adopted.

This the 19th day of January, 2007.

                                               **/s/ Michael P. Mills**
                                               **UNITED STATES DISTRICT JUDGE**